JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON SALVADOR CARRILLO,<br><br>    Petitioner,<br><br>  vs.<br><br>L.S. McEWEN, WARDEN,<br><br>    Respondent. | Case No. CV 12-3981-MWF (DTB)<br><br>**J U D G M E N T** |

 In accordance with the Order re Summary Dismissal of Action filed herein,

 IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 1, 2012

               /s/ Michael W. Fitzgerald
               MICHAEL W. FITZGERALD
               UNITED STATES DISTRICT JUDGE